UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Caryle Spencer and  
Robert Feierabend,

Case No.: __18-24381__  
Chapter: __7__  
Judge: __MBK__

**NOTICE OF PROPOSED ABANDONMENT**

__On 9/25/18, John M. McDonnell__, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse - 402 East State Street - Trenton, New Jersey, 08608

If an objection is filed, a hearing will be held before the Honorable __Michael B. Kaplan__ on __October 29, 2018__ at __10__ a.m. at the United States Bankruptcy Court, Courtroom no. __8__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 2 Bucto Lane, New Gretna, NJ - $300,000

Liens on property: $339,804

Amount of equity claimed as exempt: $0

Objections must be served on, and requests for additional information directed to:

Name: John M. McDonnell  
Address: 115 Maple Avenue - Red Bank, NJ, 07701  
Telephone No.: 732 383 7233

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Caryle Spencer
Robert Feierabend
    Debtors

Case No. 18-24381-MBK
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin     Page 1 of 1     Date Rcvd: Sep 26, 2018
                     Form ID: pdf905     Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2018.
db/jdb        +Caryle Spencer,    Robert Feierabend,    2 Bucto Lane,    Tuckerton, NJ 08087-1490
517651683     +Citimortgage Inc,    PO Box 6243,    Sioux Falls, SD 57117-6243
517651687     +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
517651688     +Solar City,    PO Box 3500,    Draper, UT 84020-3500
517651689     +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 27 2018 00:30:00     U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 27 2018 00:29:56      United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,    Newark, NJ 07102-5235
517651684     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 27 2018 00:29:44      Comenitycapital/bjsclb,    Comenity Bank,    Po Box 182125,    Columbus, OH 43218-2125
517651685      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 27 2018 00:45:16      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
517651686     +E-mail/Text: bankruptcyteam@quickenloans.com Sep 27 2018 00:30:23     Quicken Loans,    1050 Woodward Ave,    Detroit, MI 48226-1906
517653363     +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2018 00:34:22      Synchrony Bank,    c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517651690     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 27 2018 00:29:00      Verizon,    Attn: Wireless Bankrupty Admin,    500 Technology Dr Ste 500,    Weldon Springs, MO 63304-2225
                                                                                                                                                           TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              John Michael McDonnell    jmcdonnell@mchfirm.com, jcohen@mchfirm.com;NJ95@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor    Quicken Loans Inc. kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Vincent E. Villamor    on behalf of Debtor Caryle    Spencer vevillamor@gmail.com, vevillamor@gmail.com
              Vincent E. Villamor    on behalf of Joint Debtor Robert    Feierabend vevillamor@gmail.com, vevillamor@gmail.com
                                                                                                                                                  TOTAL: 6