Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  18–24381–MBK
Chapter:  7
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Caryle Spencer                          Robert Feierabend
2 Bucto Lane                            2 Bucto Lane
Tuckerton, NJ 08087                     Tuckerton, NJ 08087

Social Security No.:
xxx–xx–6096                             xxx–xx–7636

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that John Michael McDonnell is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: October 24, 2018                 Michael B. Kaplan
                                        Judge, United States Bankruptcy Court